# Court of Appeals
# of the State of Georgia

ATLANTA,___July 27, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1005. FIREMAN'S FUND INSURANCE COMPANY v. DEVILLE.**

We granted Fireman's Fund Insurance Company's application for interlocutory review of the State Court of Fulton County's order denying its motion for summary judgment.

After reviewing the record in its entirety, we find that judicial economy is not served by granting the application. Accordingly, the order granting Fireman's Fund Insurance Company's application for interlocutory appeal is vacated, and its appeal is dismissed as improvidently granted. See *J.S. Jones Constr. Co. v. Moore*, 138 Ga. App. 260, 260 (226 SE2d 100) (1976).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___07/27/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*